Action by Henri Pressprich against Sebastian Heilman and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PRINGLE, Appellant, v. DEAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Rosina Pringle against George Dean and others. No opinion. Judgment affirmed, with costs.

---

PRIOLO v. MOONEY et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Guiseppe Priolo against Thomas J. Mooney, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

---

PRZECZEWSKI, Respondent, v. BARDSLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Julian Przeczewski against Joseph Bardsley and others. F. Hulse, for appellants. J. H. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 121 N. Y. Supp. 1145; also, infra.

---

PRZECZEWSKI v. BARDSLEY et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Julian Przeczewski against Joseph Bardsley and others. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Order filed. See, also, supra.

---

PYLE v. PYLE. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Mary V. Pyle, individually, etc., against James T. Pyle, as trustee, etc. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 122 N. Y. Supp. 256.

---

RANDALL, Respondent, v. MILLARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by John Randall against the Millard Construction Company. No opinion. Judgment and order affirmed, with costs.

---

RANDALL, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by John J. Randall against Thomas E. Murray. No opinion. Judgment and order affirmed by default, with costs.

---

RAPISARDA, Respondent, v. FAVATA et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Giuseppe Rapisarda against Luigi Favata and others. No opinion. Judgment affirmed by default, with costs. See, also, 121 N. Y. Supp. 1145.

---

RAVITO, Respondent, v. HUDSON PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Domenico Ravito against the Hudson Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, infra.

---

RAVITO, Respondent, v. HUDSON PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Domenico Ravito against the Hudson Portland Cement Company. No opinion. Motion denied. See, also, supra.

---

RAYMOND et al., Appellants, v. BUSHNELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Frank A. Raymond and others against Elzer W. Bushnell and others. No opinion. Judgment affirmed, with costs.

---

RECTOR, ETC., OF ST. STEPHEN'S PROTESTANT EPISCOPAL CHURCH v. RECTOR, ETC., OF CHURCH OF THE TRANSFIGURATION. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by the Rector, etc., of St. Stephen's Protestant Episcopal Church against the Rector, etc., of the Church of the Transfiguration. A. O. Townsend, for appellant. C. Blandy, for respondent.

PER CURIAM. Judgment affirmed, without costs, on 130 App. Div. 166, 114 N. Y. Supp. 623. See, also, 135 App. Div. 501, 120 N. Y. Supp. 422; 134 App. Div. 452, 119 N. Y. Supp. 328. Order filed.

LAUGHLIN, J., dissenting, on the former opinion of Patterson, P. J.

---

REILLY, Respondent, v. WILLE, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Elmore T. Reilly against Charles Wille. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

RENKA, Respondent, v. DAVIDSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Joseph Renka against Abraham Davidson. No opinion. Judgment of the Municipal Court modified, by striking out the provision for arrest and imprisonment on execution, and, as modified, unanimously affirmed, without costs.

---

REUSENS v. ARKENBURGH. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Guillaume Reusens against Oliver M. Arkenburgh. E. J. Nathan, for appellant. H. B. Goodstein, for respondent. No opinion. Judgment affirmed, without costs, on the authority of Reusens v. Arkenburgh, 135 App. Div. 75, 119 N. Y. Supp. 821. Order filed. See, also, 121 N. Y. Supp. 353.